**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 2 2022
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ DIVISION

CASE NO. 4:22-cv-01073-JM-PSH

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    **Parties**

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: *Serandon Ramon Starling*
ADC # *155140*

Address: *2501 State Farm Rd, Tucker AR 72168*

Name of plaintiff: _____
ADC # _____

Address: _____    This case assigned to District Judge *Moody*
and to Magistrate Judge *Harris*
Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: *Cantrell Bass*

Position: *Lieutenant*

Place of employment: *ADC Tucker Max (Arkansas Division of Correction)*

Address: *2501 State Farm Rd, Tucker, AR 72168*

Name of defendant: *Antonio D. Johnson Jr.*

Position: *Major*

-4-

Place of employment: *Arkansas Division of Correction*

Address: *2501 State Farm Rd, Tucker, AR 72168*

Name of defendant: _____

Position:_____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.   Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV.    Place of present confinement: *Tucker Maximum Security unit* *2501 State Farm Rd, Tucker AR 72168*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _____    No _____

If not, why? *It is not necessary to prove exhaustion; I will prove it if the defendants raise it.*

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*Facts are being pled with particularity as required by Rule 26.*

*( Attached )*

On 2-10-22, I was confined in 6 barracks cell 27. A single man cell secured with steel bars. That morning an unknown Inmate (Inmate Doe), who at this time was located in cell 6-29 was suffering from a mental health episode. For hours he screamed at the control booth for help. Yelling that people were trying to kill him.

After Am Shift Change, Lt. Slayden (then a Sergeant) and Sgt. Caffey entered the barracks and approached Inmate Doe's cell. Minutes later Sgt. Caffey approached me and stated, "The guy in 29 cell told us that you are down here taking your door off the hinges. That you are trying to kill him. I have to conduct a visual and physical inspection of the cell door."

I Stepped away from the cell door and Sgt. Caffey completed his inspection. He then accompanyed Lt. Slayden and escorted Inmate Doe to the Infimary,

Sometime later Sgt. K. Jackson entered the barracks and informed me that I was to be moved to the hole. That I needed to pack my property. I ask Sgt. Jackson why I was being moved to the hole. She responded that she did not know.

Thinking that this unexpected move was because of situation involving Inmate Doe, I asked to speak with a Lieutenant. I sought answers.

I was then told that the only way a Lt. was coming, was if I refused to move. I informed Sgt. Jackson that I was refusing to move until I speak with a Lt. or above.

Once Sgt. Jackson left, Sgt. Ellias and an unknown officer approached me. He asked was I packed and ready to move. My conversation with Sgt. Ellias was similar to the one I had with Sgt. Jackson. I asked to speak with a Lt. or above again.

Approximately 30 minutes later Defendant Bass approached the cell. In an aggravated manner he stated, "So you refushy to move." I attempted to speak. Before I got a word out Defendant Bass stated, "I aint trying to hear none of that shit today. You are going to move." Without attempting to solve the issue he turned and stormed off.

Approximately 15 minutes later Defendant Bass returned. He was accompanyed by Defendant Johnson and Sgt. A. Gardner. Sgt. Gardner was recording the incident.

I informed the group that my property was packed. I stepped to the side to give visual confirmation of that fact. I told them that I was not refushy to move. I was just trying to ask a question.

Defendant Bass completely ignored my attempt to seek counsel. He told me to "catch the cuffs." I stated that I was trying to ask a question. My concerns deliberately ignored. Defendant Bass stated again, "Catch the cuffs."

3 of 10

Defendant Bass then pulled out his can of pepper spray. At that moment I attempted to have Defendant Johnson intervene to descalate the situation.

I turned to Defendant Johnson pleading "MAJOR?" Callous and indifferent he shrugged his shoulders.

I turned back toward Defendant Bass attempting once more to speak. He sprayed me full on in the face and upper torso with an excessive amount of chemical agent.

This caused me an extreme amount of pain. The spray burned my eyes and skin. It completely took my breath away. To the point were I could not even talk. All I could do was cough as my lungs burned.

Before, during and after the moment I was unnecessarily pepper sprayed I was not being aggressive, combative or disrespectful.

My hands were in front of me in a non-threatening manner. In clear view.

I was not attempting to destroy property.

I was not trying to harm myself or any other person.

I was also secured in a single man cell.

I received a disciplinary for refusing a direct order to move. The disciplinary was dismissed. The hearing officer found that no order was given.

My only actions were attempting to speak with a ranking officer before I was moved to isolation. I was concerned about a serious situation. (Being accused of trying to kill another inmate.)

Instead of simply talking to me Defendant Bass maliciously and sadistically assaulted me with a chemical agent without proper cause or justification.

Defendant Johnson failed to intervene and protect me. Even after I sought his intervention and protection.

Covered in pepper spray from my head to my waist line. I was escorted by the Defendants to a shower cage in west Isolation.

I was forced to strip naked in front of a female officer. (Sgt. Gardner)

I gave my clothes to Lt. Bass who threw them on the ground.

And instead of being taken to the infirmary to properly flush my eyes of the painful spray. I was forced to rinse my eyes out with Iron and Rust laden Shower water. This caused me more pain and discomfort.

While I was showering a nurse came and asked me was I ok. I could barely think straight with my eyes and skin still burning.

6 of 10

Barely able to breath I nodded my head as I stood naked humiliated trying to focus on getting the liquid fire off of me.

Once I finished showering I was forced to stand in a 3x6 shower cage naked. For over a hour.

I was not given any towels to dry off with. I had to air dry.

I was not given any boxers to cover myself with.

During the hour that I stood in that cage naked, cold and shivering a total of 8 officers passed me multiple times.

Each plea for clothes or a towel feel on deaf ears.

The Defendants were aware of the Conditions they left me to suffer in. when Sgt. Ellias came to get me out the shower Defendant asked over the radio "are yall getting that inmate out the shower?"

7 of 10

I was then placed on "Behavior Control" for no apparent reason. This designation caused me to be placed in a ice cold cell without anything but a pair of boxxers.

In an attempt to stay warm I put on a previously worn paper gown that I found stuffed in a rent. I had to sleep on concrete without a mattress. I suffered this for 72 hours.

These events caused me severe pain in which I have since been to the infirmary for on multiple occassions. (dryness and severe irritations to my eyes have become a recurring problem.)

Standing in the shower for over a hour on my left knee that has been a well documented problem of mine caused me alot of pain and discomfort in that knee. I have continued to go to medical for this issue also.

This ordeal has also caused me a great deal of stress, anxiety and emotional pain. Because I fear that since Defendant Johnson was so indifferent and complacient in my assault,

And Defendant Bass's actions in his wanton use of force,

Sends the message to other officers that we "inmates" are less than human and can be used as punching bags. Both literally and figuratirly Just because an officer is having a bad day,

This has left me on edge wondering what other preceived slight might I be pepper sprayed for,

The Defendants, Bass and Johnson, knew that their actions and lack thereof where not legitimate, illegal and done without Just cause. Because both are high ranking officers in the ADC and were required to undergo specified training and classes regarding the proper use of force.

# Legal Claims

Defendant Bass used unneccessary and excessive force against Plaintiff Starling. Defendant Bass' actions violated Plaintiff's rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Starling pain, suffering, physical injury and mental and emotional distress.

By witnessing Defendant Bass's illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendant Johnson also violated Plaintiff Starling's rights under the Eighth Amendment to the United States Constitution and causing Plaintiff Starling pain, suffering, physical injury, and emotional distress.

The Defendants Bass and Johnson's placement of Plaintiff Starling in the Shower Cage for over a hour, naked, violated his rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Starling pain, suffering, physical injury and mental and emotional distress.

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Starling seeks compensatory damages in the amount of $50,000 against each defendant, jointly and severally, And nominal and punitive damages in the amount of $50,000 against each defendant jointly and severally. Also a preliminary injunction in the form of a restraining order on both defendants.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of October , 20 22 .

_Brandon Starling_

_____

_____
Signature(s) of plaintiff(s)

–8–

Serandon Starling # 1551
2501 State Farm Rd
Tucker, AR 72168

MAXIMUM
SECURITY
UNIT

NEOPOST
10/31/2022
US POSTAGE $003.12

FIRST-CLASS MAIL

ZIP 72168
041M11298844

United States District Court
Clerk's office
Richard Sheppard Arnold
United States Courthouse
600 W. Capitol Avenue
Suite A-149
Little Rock, AR 72201-3325