IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SERANDON RAMON STARLING**     **PLAINTIFF**
**ADC #155140**

v.     No: 4:22-cv-01073-PSH

**CANTRELL BASS,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date (Doc. No. 43), judgment is entered in favor of defendants. Plaintiff Serandon Ramon Starling's claims against defendants Cantrell Bass and Antonio D. Johnson, Jr. are dismissed with prejudice.

DATED this 14th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE